■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD LA MOUNTAIN, Appellant. — Application to rescind decision dated March 23, 1981 and to vacate order entered April 16, 1981 granted, and motion to dismiss appeal denied. Mahoney, P. J., Kane, Casey, Mikoll and Weiss, JJ., concur.

## (September 29, 1981)

■ In the Matter of GEORGE R. STEWART, Petitioner, v JOHN J. CLYNE, Respondent. — Application, pursuant to CPLR article 78, for judgment vacating and modifying a sentence imposed upon a judgment of conviction rendered August 15, 1978, denied, and petition dated June 24, 1981 dismissed. Remedy by way of CPLR article 78 does not lie inasmuch as the alleged error can be raised upon direct appeal from the judgment of conviction. Application for permission to proceed as a poor person with assigned counsel and for a free copy of the trial minutes of May 7, 1963 and the certificate of conviction rendered January 31, 1967 denied. Sweeney, J. P., Kane, Main, Mikoll and Yesawich, Jr., JJ., concur.

## FOURTH DEPARTMENT, SEPTEMBER, 1981

## (September 11, 1981)

■ In the Matter of WILLIAM L. JONES, Appellant, v SENECA COUNTY BOARD OF ELECTIONS et al., Respondents. — Order unanimously affirmed, without costs. Memorandum: Petitioner appeals from an order of Monroe Special Term dismissing his petition in a proceeding to invalidate the designation of respondent candidate, a police officer, on the ground that the latter's candidacy violates section 17-110 of the Election Law. The petition was properly dismissed since neither the candidacy of a police officer nor the act of soliciting voters' signatures on a designating petition violates the statute (see Election Law, § 17-110; accord 1974 Atty Gen [Inf Opns] 79, 124; cf. Second Class Cities Law, § 144). (Appeal from order of Monroe Supreme Court, Kennedy, J. — election law.) Present — Dillon, P. J., Cardamone, Callahan, Denman and Schnepp, JJ. (Decided Aug. 26, 1981.)